JUNE 24, 1957.

No. 306. RALEY ET AL. v. OHIO. *Per Curiam:* The judgment of the Supreme Court of Ohio is vacated and the case is remanded for consideration in the light of *Sweezy* v. *New Hampshire,* 354 U. S. 234, and *Watkins* v. *United States,* 354 U. S. 178. MR. JUSTICE BURTON would note probable jurisdiction and set the case for argument. MR. JUSTICE CLARK dissents from this disposition of the case for the reasons stated in his dissenting opinions in *Sweezy* v. *New Hampshire* and *Watkins* v. *United States, supra. Louis C. Capelle* and *Morse Johnson* for appellants.

No. 206, Misc. MORGAN v. OHIO. *Per Curiam:* The judgment of the Supreme Court of Ohio is vacated and the case is remanded for consideration in the light of *Sweezy* v. *New Hampshire,* 354 U. S. 234, and *Watkins* v. *United States,* 354 U. S. 178. MR. JUSTICE BURTON would note probable jurisdiction and set the case for argument. MR. JUSTICE CLARK dissents from this disposition of the case for the reasons stated in his dissenting opinions in *Sweezy* v. *New Hampshire* and *Watkins* v. *United States, supra. Ann Fagan Ginger* and *Thelma C. Furry* for appellant.

No. 462. FLAXER v. UNITED STATES. *Per Curiam:* The petition for writ of certiorari in this case is granted. The judgment of the Court of Appeals for the District of Columbia Circuit is vacated and the case is remanded for consideration in light of *Watkins* v. *United States,* 354